Case 4:23-cv-00132-TWP-KMB  Document 1  Filed 08/04/23  Page 1 of 4 PageID #: 1

FILED
08/04/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

To Whom this May Concern, August 1st, 2023

4:23-cv-00132-TWP-KMB

Namaste, hope this letter finds you well. This letter is in reference to an event that took place 8-2-21. Notices of tort were filed within 6 months of said date. (via certified mail) Posted bond to ensure this was done in proper time frame (1/1/22) This letter is to further actions & persue civil claims lawsuits.

On 8-2-2021 Washington County, Indiana "law enforcement"/"animal control"/etc... wrongfully arrested me. (never mirandized me upon arrest) Come to find out later, they deprived me of mine, my family's & our friends property. Not only was property deprived it was STOLEN. (Warrant was not even followed.) Personally, was taken to Washington County Jail Indiana where, in HD2, Jail Commander & CO's slammed me on a metal bed frame busting out multiple teeth/crown. Was physically assaulted deprived of my clothing (PREA) & manhandled down the hallways naked & tossed naked into an extremely dirty cell. Was not given proper medical attention (violation to my 8th amendment rights) for my injuries to my mouth. Did not get a shower until court, where a fast and speedy trial was requested (never to be given). Was brought back to HD2 & housed there. During ± 16 days of constant illumination & being filmed facing toilet (PREA=Voyeurism) was moved to protective custody block following this.

The 8th amendment provides prisoners w/ limited rights of protection against cruel & unusual punishment during the course of confinement. These Rights extend to the existence of: Humane living conditions, adequate medical care, protection

from violence by other inmates & staff. Adequate lighting is one of the fundamental attributes of adequate shelter (required by the 8th amendment). There is NO legitimate penological justification for requiring inmates to suffer physical & psychological harm by living in constant illumination. Refusal to turn off lights amounts to cruel & unusual punishment.

Have proof (of property stolen) & ownership & it clearly does not show that Washington County has proper ownership. They stole our property, mostly mine, but also others included. Property stolen was ICCF Registered Cane Corsos (Registered Service animals & puppies). Raising those animals was my way of life & wellbeing. This county displayed systimatic injustices @ it's roots & caused catastrophic transgressions. I was exploited & forced to live amongst extortionists. This form of "government" engaged in actions that threatened our lives, ways of life, & wellbeing physically, mentally, emotionally, & psychologically. Substantial impairment resulting & iminent destruction. Starting this day everything began to change. We were put through procedural shenanigans bringing dispar, dread, & anxiety due to choices that we really had no say in.

We're really not standing & waiting around for someone else's timeline to try to predict the trajectory of ourselves when we have presented substantial & compelling evidence. This actively abused the trust of vulnerable citizens & their beloved property. Fundimentally believe a change needs to occur & need a remedial plan. This is only the start of everything we've been working towards. These circumstances touch on standing requirement to sue. Redressability (declatary relief) to fix the case was asked of the court & to exercise reasoned judgement & court kept pressing forward towards calamity as if what they did to us was not satisfying enough. Affirmative action created the ...

problem thus turning to excessive, unnecessary pain & suffering for many. The court also erred in admitting evidence obtained following a search of residence violating our rights under the 4th amendment.

One Constitutional right of an individual accused of a crime is that of a speedy trial. This guarantee is an important safeguard to prevent undue & oppressive incarceration prior to trial, to minimize anxiety & concern accompanying public accusation & to limit the possibilities that long delay will impair the ability of an accused to defend oneself. Ordinary procedures for criminal prosecution are designed to move @ a deliberate pace. This was not ordinary. A requirement of unreasonable speed would have / has a deleterious effect both upon the rights of the accused & upon the ability of society to protect itself & their beloved property.

Worked a few years shy of a decade raising these beautiful dogs (my property)(hardearned property)). Do you realize how much love, exercise, training, socialization, care, food, water, etc... went into this project, this way of life, these animals? Do you realize how many lives got disturbed by this? How much pain & suffering resulted? How it feels to cry yourself to sleep? How it feels doing daily activities & devastated b/c it's not been with who you've built up to that point with? How many hours were spent? Just don't understand the full implications of this & it feels like a dream, a nightmare. Even though I won't erase all the pain...

We've been advised to submit what we are seeking by this injustice. Besides what's been already stated about redressability, declatary relief, & remedial plans

am seeking to absolve this? Would request for full pardon as well as the weights of my/our stolen property to be accumulated & recorded. Would like that weight in raw gold? Would also like my weight in raw gold? My record to be expunged & clear? Want FULL FREEDOM? Would like to see my partners get what they want. Everyone in my life knows the dogs were never weighed by our accusers? The gold is to paint a mental picture. WE ARE WORTH OUR WEIGHTS IN GOLD & then some? My weight can however be easily obtained so my weight in RAW GOLD / PURE GOLD bars would be accepted as part of my compensation? For the dogs, am looking to get $1,000,000.00 per dog they can prove was adopted to a loving home. $2,000,000.00 per dog that died due to their inadequate care after paying 1000's upon 1000's of $ to have them "properly" housed. Would also like $700,000.00 per dog we can prove they let out of one of our kennels & sleep areas yet abandoned & neglected to take. Am also requesting $700,000.00 per animal they left behind not fulfilling their court orders? FULL FREEDOM / FULL PARDONS / Absolve this situation, EXPUNGEMENT, GOLD, & what looks to be a never ending supply of cash money? Let's sit down & have a meeting about this? These kinds of things shouldn't happen? Thank you & May the rest of your day be the blessed of your day? ALL Glory be to God Almighty.

Ryan Cram

PS: a better life than what they had prior to disruption with me

PS: They took at/out 25 dogs / puppies / service